UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN C. MOREIRA, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

CHOKEDEE LLC (D/B/A LITTLE BASIL THAI RESTAURANT), ROD AROY 153 INC. (D/B/A LITTLE BASIL THAI RESTAURANT), ROD AROY LLC, PHANNITA YITHO and KAO DOE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2019

18 Civ. 3261 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 26, 2019, the parties file a joint proposed settlement agreement requesting the Court's approval. ECF No. 54. The Court, however, cannot approve the settlement because Chokedee LLC, Rod Aroy 153 Inc., and Rod Aroy LLC (the "Corporate Defendants") were not represented by counsel. *See id.* at 3 ("[T]he Agreement is the product of arms-length bargaining between experienced counsel on Plaintiff's side and [] *pro se* defendants."); *see also Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) ("[A] layperson may not represent a separate legal entity such as a corporation.").

    Accordingly, it hereby ORDERED that:
1. The parties' request for settlement approval is DENIED; and
2. By **May 22, 2019**, the parties shall file a letter advising the Court how they wish to proceed. Specifically, whether Corporate Defendants will retain counsel, Plaintiff will voluntarily dismiss Corporate Defendants, or Plaintiff will seek a default judgment against Corporate Defendants.

    SO ORDERED.

Dated: May 8, 2019
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge