# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 21, 2019

**VIA ECF AND EMAIL**

Hon. Analisa Torres  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

        **Re:** *Moreira et al v. J&I Thai Inc., et al*  
           Case No. 18-cv-3261 (AT)

Dear Judge Torres:

  This office represents Plaintiff Juan C. Moreira in the above-referenced matter. Plaintiff Moreira writes in response to the Court's order dated May 8, 2019 (Dkt. No. 55) to advise that he will file a notice of voluntary dismissal, without prejudice, against Chokedee LLC, Rod Aroy 153 Inc., Rod Aroy LLC, and Kao Doe.

  Moreira further respectfully requests that the Court now approve the settlement agreement submitted on February 26, 2019. (Dkt. No. 54) That agreement was entered into by Moreira and defendants Rod Aroy 153 Inc. (through its president Phannita Yitho) and Phannita Yitho.

  I thank the Court for its time and attention to this matter.

            Respectfully Submitted,

            /s/ Joshua S. Androphy  
            Joshua S. Androphy  
            Michael Faillace & Associates, P.C.  
            *Attorneys for Plaintiff*